UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ATRIUM MEDICAL CENTER,<br>  Plaintiff, | Case No. 1:19-cv-680<br>Dlott, J.<br>Litkovitz, M.J. |
| vs. | |
| UNITED HEALTH SERVICES, INC. et al.,<br>  Defendants. | **ORDER** |

This matter is before the Court following a telephone status conference held on November 7, 2019. Pursuant to Fed. R. Civ. P. 15(a)(2), the Court **GRANTS** plaintiff leave to file an amended complaint by **November 27, 2019**. Any motions directed towards the amended complaint shall be filed by **February 28, 2020**.

**IT IS SO ORDERED.**

Date: 11/7/19

Karen L. Litkovitz
United States Magistrate Judge