IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Atrium Medical Center,

    Plaintiff(s),

vs.

United Healthcare Services, Inc.,

    Defendant(s).

Case Number: 1:19cv680

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on September 10, 2020 (Doc. 34), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 24, 2020, hereby ADOPTS said Report and Recommendation.

Accordingly, United's motion to dismiss (Doc. 21) is GRANTED and Count One of the amended complaint against United is DISMISSED with prejudice.

IT IS SO ORDERED.

/s/ Susan J. Dlott
Judge Susan J. Dlott
United States District Court